UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT WATSON,

                Plaintiff,

     -against-

DET. KEVIN EARL, ET AL.,

                Defendants.

25-cv-2519 (LTS)

CIVIL JUDGMENT

     For the reasons stated in the May 6, 2025, order, the complaint is dismissed without prejudice.

     The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  May 7, 2025
          New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      Chief United States District Judge